UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAMS, SCOTT & ASSOCIATES, LLC,
WSA WILLIAMS, SCOTT & ASSOCIATES;
WSA, LLC; SUPREME IMPORTS, LLC;
JOHN T. WILLIAMS,

                Plaintiffs,

-against-

UNITED STATES OF AMERICA, *et al.*,

                Defendants.

19-CV-837 (CM)

CIVIL JUDGMENT

      Pursuant to the order issued July 3, 2019, dismissing the amended complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 3, 2019
           New York, New York

                                          COLLEEN McMAHON
                                  Chief United States District Judge