UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN T. WILLIAMS, *et al.*,

                      Plaintiffs,

-against-

UNITED STATES OF AMERICA, *et al.*,

                      Defendants.

19-CV-837 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

      By order dated May 13, 2020, the Court determined that Plaintiff is entitled to the return of the $50 administrative fee. It appeared, however, that Plaintiff's address had changed. The docket showed, and continues to show, an address in Jonesboro, Georgia, but a letter received on January 14, 2020, provided an address in Sparks, Nevada. (ECF No. 18.) In the May 13, 2020 order, the Court directed Plaintiff to update his address within thirty days by submitting a change of address, and informed Plaintiff that once he confirmed his mailing address, the Court would direct the Clerk of Court to issue a check in the amount of $50 and mail it to Plaintiff via certified mail. (ECF No. 19.) But instead of updating his address, on September 9, 2020, Plaintiff submitted a "motion for return of filing fees." (ECF No. 20.) The return address on that filing shows an address in Reno, Nevada.

      The Court reiterates that Plaintiff must update his address by submitting a change of address. Once Plaintiff confirms with the Court what his current mailing address is, the Clerk of Court will issue a check to Plaintiff in the amount of $50 and mail it to him via certified mail.

The motion for return of the filing fees (ECF No. 20) is denied as moot, and the Clerk of Court is directed to terminate it.

The Clerk of Court is further directed to mail a copy of this order to Plaintiff at 5150 Mae Anne Avenue, Ste 405, #209, Reno, NV 89523, and note service on the docket.

SO ORDERED.

Dated:  October 16, 2020
        New York, New York

                                        _____
                                        Louis L. Stanton
                                        U.S.D.J.